UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick Forciea,                                          Civil 08-2219 JMR/FLN

      Plaintiff,

     v.                                                    O R D E R

Fortis Benefits Insurance Company,

      Defendant.

_____

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated August 26, 2008, all the files and

records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that Plaintiff's motion to remand [#7] is DENIED.

DATED: September 22, 2008.       s/James M. Rosenbaum
at Minneapolis, Minnesota       JUDGE JAMES M. ROSENBAUM
                            United States District Court