```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
                08-CV-2219(JMR/FLN)
```

Patrick Forciea                       )
                                      )
            v.                        )        ORDER
                                      )
Fortis Benefits Insurance Company     )

Plaintiff, Patrick Forciea, objects to the Report and Recommendation, issued May 22, 2009 [Docket No. 80], by the Honorable Franklin L. Noel, United States Magistrate Judge. The Report recommended granting defendant's motion for summary judgment [Docket No. 62], and denying plaintiff's motion for summary judgment [Docket No. 58]. The Court has considered the parties' subsequent submissions, regardless as to their compliance with the Local Rules.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Defendant's motion for summary judgment [Docket No. 62] is granted.

2. Plaintiff's motion for summary judgment [Docket No. 58] is denied.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 4, 2009

                                    S/JAMES M. ROSENBAUM
                                    JAMES M. ROSENBAUM
                                    United States District Judge